# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pepper, Pamela | E.D. Wisconsin Bankruptcy | 04/30/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

517 East Wisconsin Avenue
Suite 140
Milwaukee, Wisconsin 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Ex-officio director | Eastern District of Wisconsin Bar Association |
| 3. | Associate editor | American Bankruptcy Law Journal |
| 4. | Member, board of directors | American Bankruptcy Institute |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 04/02/2013 | American Bankruptcy Law Journal, pay for editing work | $1,287.75 |
| 2. 07/01/2013 | American Bankruptcy Law Journal, pay for editing work | $1,287.75 |
| 3. 09/30/2013 | American Bankruptcy Law Journal, pay for editing work | $1,287.75 |
| 4. 12/15/2013 | American Bankruptcy Law Journal, pay for editing work | $1,287.75 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2013 | Engberg Anderson Design Partnership--salary |
| 2. 2013 | Village of Shorewood--Village Trustee compensation |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | National CLE Conference Legal Education Institute | January 2-6, 2013 | Snowmass, CO | Continuing legal education seminar--bankruptcy | Hotel, travel and meals |
| 2. | American Bankruptcy Institute | February 17-19, 2013 | Kansas City, MO | Bankruptcy litigation instruction | Hotel, travel and meals |
| 3. | State Bar of Wisconsin | February 28-March 1, 2013 | Kohler, WI | Bankruptcy seminar | Hotel, travel and meals |
| 4. | National Conference of Bankruptcy Judges | April 8-9, 2013 | Phoenix, AZ | Mid-year meeting of board of governors | Hotel, travel and meals |
| 5. | American Bankruptcy Institute | April 18-20, 2013 | National Harbor, MD | Annual Spring Meeting-- bankruptcy conference | Hotel, travel and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 04/30/2014 |

| # | | Date | Location | Purpose | Items paid or provided |
|---|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | May 31, 2013 | Chicago, IL | Site visit for annual conference planning | Meals and travel |
| 7. | American Bankruptcy Institute | June 13-16, 2013 | Traverse City, MI | Bankruptcy seminar | Hotel, meals and travel |
| 8. | National Conference of Bankruptcy Judges | June 20-21, 2013 | Chicago, IL | Site visit for annual conference planning | Hotel, meals and travel |
| 9. | American Bankruptcy Institute | July 19-21, 2013 | Amelia Island, FL | Bankruptcy seminar | Hotel, meals and travel |
| 10. | Midwest Regional Bankruptcy Institute | August 22-23, 2013 | Cincinnati, OH | Bankruptcy seminar | Hotel, meals and travel |
| 11. | Minnesota CLE Seminars | October 8-9, 2013 | Minneapolis, MN | Bankruptcy seminar | Hotel, meals and travel |
| 12. | National Conference of Bankruptcy Judges | October 29-November 2, 2013 | Atlanta, GA | Bankruptcy seminar/conference | Hotel, meals and travel |
| 13. | American Bankruptcy Institute | December 5-7, 2013 | Rancho Palos Verdes, CA | Bankruptcy seminar | Hotel, meals and travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 04/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pershing, LLC | Loan from Profit Sharing Plan #1 | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds High-Income Municipal Bond Fund | A | Dividend | K | T | | | | | |
| 2. American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 3. Penn Mutual Variable Universal Life: Ssg Index 500 Fund | A | Interest | K | T | | | | | |
| 4. Penn Mutual Variable Universal Life: T. Rowe Price Flexibly Mg'd Fund | A | Interest | K | T | | | | | |
| 5. The Principal Adjustable Life | A | Dividend | K | T | | | | | |
| 6. Profit Sharing Plan #1 | | | | | | | | | |
| 7. --Principal Investors Real Estate Sec. | A | Dividend | K | T | | | | | |
| 8. --Principal Investors Diversified Int'l. Fund | A | Dividend | J | T | | | | | |
| 9. ---Principal Investors Small Cap Blend | A | Dividend | J | T | | | | | |
| 10. --Principal Investors Mid Cap Blend Fund | A | Dividend | L | T | | | | | |
| 11. --Principal Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 12. --Principal Equity Income Fund | A | Dividend | J | T | | | | | |
| 13. --Principal Investors Money Market Fund | A | Interest | J | T | | | | | |
| 14. IRA #1 | | | | | | | | | |
| 15. --Principal Mutual Funds MidCap | A | Dividend | K | T | | | | | |
| 16. --Principal Mutual Funds Small Cap Blend | A | Dividend | J | T | | | | | |
| 17. U.S. Savings Bonds, Series EE | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Trust #1 | | | | | | | | | |
| 19. --Equitable Bank cash accounts | A | Interest | J | T | | | | | |
| 20. 401k #1 | | | | | | | | | |
| 21. --American Funds EuroPacific Growth | A | Dividend | K | T | | | | | |
| 22. --American Funds Fundamental Investors Large Cap | A | Dividend | K | T | | | | | |
| 23. --Nuveen Equity Index | A | Dividend | L | T | | | | | |
| 24. PNC Bank cash accounts | | None | J | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 04/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I I have removed three (3) positions from Part I since last year, because I now understand that I was not required to report them.

VII(1) This is the same asset as the one reported in VII(1) of the 2012 report. I now understand that this is the correct, full name of the fund.

VII(2) This is the same fund that was listed as "American Funds, Pamela Pepper, SEP IRA--The Growth Fund" in VII(2) of the 2012 report. I now understand that this is the correct name of the fund.

VII(3) and (4) These are the same policies that were listed as "Penn Mutual Life Insurance" in VII(3), (4) and (5) of the 2012 report. This is the full description of the policy and the funds into which the premiums are invested.

VII(5) This is the same policy that was listed as "The Principal Life Insurance Company" in VII(6), (7) and (8) of the 2012 report. This is the correct name and description of the policy.

VII(6) This is the same fund that was listed as "Princor Financial Services" in VII(9) of he 2012 report. I now understand that I did not correctly identify it in that report.

VII(13) This money market fund is one of othe funds contained in Profit Sharing Plan #1. I inadvertently left it out of the 2012 report; it was part of the portfolio in 2012.

VII(14) This is the same fund that was listed in VII(17) of the 2012 report. I now understand that I did not correctly identify it in the report.

VII(18) This is the same trust that was listed as "Revocable Trust" in VII(19) of the 2012 report. I now understand that I did not correctly identify it in the report.

VII(19) This represents the combined checking and savings accounts in Trust #1. In the 2012 report, the two cash accounts were listed separately in VII(20) and (25); I now understand they should have been listed as a combined cash account.

VII(20) This is the same fund that was listed in VII(21) of the 2012 report. I now understand that I did not correctlyl identify it in the report.

VII(23) This is the same fund that was listed as "First American Equity Index Fund" in VII(24) of the 2012 report. The name of the fund has since changed.

VII(24) This is my individual checking account; it is a new account since the 2012 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela Pepper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544